PFE/MAR: July 2022
GJ#2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: |
| ) | |
| **TAHJI ALONZO ORR** ) | |

## INDICTMENT

**COUNT ONE:** **[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]**

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAHJI ALONZO ORR,**

did knowingly and intentionally possess with the intent to distribute marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

**COUNT TWO: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAHJI ALONZO ORR,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin and N-Phenyl-N [1-(2-phenylethyl)-4-peperidinyl) (fentanyl), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE: [18 U.S.C. §§ 924(c)(1)(A)(i) and (c)(1)(B)(ii)]**

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAHJI ALONZO ORR,**

knowingly used and carried a firearm, namely, a Glock 9mm machinegun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking offense alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (c)(1)((B)(ii).

## COUNT FOUR: [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 14th day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAHJI ALONZO ORR,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol, in violation of Title 18, United States Code, Sections 924(o) and 924(a)(2).

### NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1. The allegations contained in Counts Three and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Counts Three and Four of this Indictment, in violation of 18 U.S.C. § 922(g)(1), the defendant, **TAHJI ALONZO ORR**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a Glock 9mm pistol,

bearing serial number AEVK439.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                              PRIM F. ESCALONA
                              United States Attorney

                              */s/ Electronic Signature*
                              MICHAEL A. ROYSTER
                              Assistant United States Attorney